```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 23946
   COLLEEN A GRANEY
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-3686


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 09/10/2008 and was not confirmed.

     The case was converted to chapter 7 without confirmation 12/03/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------
CHASE                      UNSECURED       NOT FILED           .00           .00
LVNV FUNDING LLC ASSIGNE   UNSECURED        10536.88           .00           .00
LVNV FUNDING LLC ASSIGNE   UNSECURED         6162.16           .00           .00
CITIBANK                   UNSECURED       NOT FILED           .00           .00
CITIBANK                   UNSECURED       NOT FILED           .00           .00
CITIBANK NA                UNSECURED       NOT FILED           .00           .00
CITIBANK NA                UNSECURED       NOT FILED           .00           .00
CITIBANK NA                UNSECURED       NOT FILED           .00           .00
HSBC BANK                  UNSECURED       NOT FILED           .00           .00
COUNTRYWIDE HOME LOANS     CURRENT MORTG         .00           .00           .00
COUNTRYWIDE HOME LOANS     UNSECURED       NOT FILED           .00           .00
COUNTRYWIDE HOME LOANS     CURRENT MORTG         .00           .00           .00
COUNTRYWIDE HOME LOANS     UNSECURED       NOT FILED           .00           .00
VW CREDIT INC              SECURED NOT I         .00           .00           .00
VW CREDIT INC              UNSECURED       NOT FILED           .00           .00
INTERNAL REVENUE SERVICE   PRIORITY         4345.96            .00           .00
INTERNAL REVENUE SERVICE   UNSECURED        1162.00            .00           .00
ISAC                       UNSECURED       71399.89            .00           .00
HILLCREST MGMT             UNSECURED       NOT FILED           .00           .00
JOHN J LYNCH               DEBTOR ATTY       918.00                        742.40
TOM VAUGHN                 TRUSTEE                                          57.60
DEBTOR REFUND              REFUND                                            .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                  800.00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                          .00
ADMINISTRATIVE                                  742.40
TRUSTEE COMPENSATION                             57.60
DEBTOR REFUND                                      .00

               PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 23946 COLLEEN A GRANEY
```

```
                                    ---------------    ---------------
TOTALS                                       800.00             800.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 03/18/09                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```